UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | ORDER FOR RETURN OF |
| | : | |
| VS. | | DEPOSIT FOR BAIL |
| | : | |
| **NILSON RIBEIRO** | : | RECOG.No. NEW0055 |
| | | Case No. DNJX207CR000942-001 |
| | : | Case No. DNJX204MJ008113-001 |

This matter having come before the Court and it appearing that an Order Setting Conditions of Release was filed in the above-captioned matter;

It further appearing that the conditions of Release on Bond required, among other things, that defendant execute a secured Appearance Bond and deposit in the Registry of the Court the sum of $5,000.00;

It further appearing that an Order for Partial Payment of Fine from Registry of Court was filed on November 5, 2014 directing to pay the sum of $100.00, deposited in the Registry of the Court by the defendant, Nilson Ribeiro, in connection with the Appearance Bond executed by said defendant in Mag. Case No. 04-MJ-8113 as payment in full on special assessment owed by the defendant in criminal case No. 07-942.

It further appearing that the purposes of the Release on Bond have been fulfilled and the Recognizance has been duly canceled of record;

For the reasons set forth above and good cause shown,

**IT IS** on this   17th   day of September, 2021,

**ORDERED** that the Clerk of Court is hereby directed to return the sum of $4,900.00 to the surety of said Recognizance, Nilson Ribeiro, at 73 Wall Street, 2nd Floor, Newark, NJ  07105.

_____
Freda L. Wolfson, Chief Judge
UNITED STATES DISTRICT JUDGE